## **VERIFIED RETURN OF SERVICE**

| | | |
|---|---|---|
| State of Florida | County of ALACHUA | Circuit Court |

Case Number: 2021 CA 002237

Plaintiff:
**KRYSTALE ROBERTS, as Personal Representative of the ESTATE OF FRANCES M. CARVER**


GNV2021002909

vs.

Defendant:
**PARKLANDS FACILITY INC. d/b/a PARKLANDS CARE CENTER**

For:
MORGAN & MORGAN
313 NORTH MONROE ST
SUITE 401
TALLAHASSEE, FL 32301

Received by DANA A OWENS on the 20th day of August, 2021 at 9:00 am to be served on **Parklands Facility Inc D/B/A Parklands Care Center C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1000 SW 16TH AVE, GAINESVILLE, FL 32601**.

I, DANA A OWENS, do hereby affirm that on the **25th day of August, 2021** at **10:21 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint and Standing Case Management Order to Parklands Facility Inc. d/b/a Parklands Care Center as directed** with the date and hour of service endorsed thereon by me, to: **LATOYA J.** as **RECEPTIONIST** for **Parklands Facility Inc D/B/A Parklands Care Center**, at the address of: **1000 SW 16TH AVE, GAINESVILLE, FL 32601**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (29.6369, -82.3359) accuracy 5 m.

**Additional Information pertaining to this Service:**
8/25/2021  10:10 am  Attempted service at 1000 SW 16TH AVE, GAINESVILLE, FL 32601. Registered Agent not available to receive service.  Attempt location: (29.6369,-82.3359) accuracy 5 m.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 150, Hair: Black, Glasses: N

"Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true," I certify that I am over the age of 18 and have no interest in the above action and meet all the requirements set forth in Florida Statute 48.29 for the Certification of Process Servers NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

**DANA A OWENS**
Court Appointed, CPS 101819-23

ORANGE LEGAL
633 EAST COLONIAL DR
ORLANDO, FL 32803

Our Job Serial Number: GNV-2021002909

Exhibit B

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b