# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

KRYSTALE ROBERTS, as Personal
Representative of the ESTATE OF
FRANCES M. CARVER,

     Plaintiff,

v.                                                            CASE NO. 1:21cv147-RH-GRJ

PARKLANDS FACILITY, INC.,
d/b/a PARKLANDS CARE CENTER,

     Defendant.

_____/

## ORDER OF REMAND

The plaintiff, as personal representative of the estate of an individual who died from covid-19, filed this action in state court seeking relief under state law. The defendant removed the action to this court, asserting complete preemption of the state-law claims based on the Public Readiness and Emergency Preparedness Act, 42 U.S.C. § 247d-6d. The Act provides immunity for "all claims for loss" relating to the use of a "covered countermeasure," *id*. § 247d-6d(a)(1), with an exception only for willful misconduct, *id*. § 247d-6d(d). The plaintiff has moved to remand.

The question whether the Act provides immunity from the plaintiff's state-law claims goes to the merits. This order expresses no view on the subject. What matters for jurisdictional purposes is only whether, based on the Act, the plaintiff's claims, although nominally asserted under state law, actually arise under federal law. *See* 28 U.S.C. § 1331 (providing jurisdiction over claims "arising under" federal law).

The answer is no. *See, e.g.*, *Turner v. Bristol at Tampa Rehab. & Nursing Ctr., LLC*, No. 8:21-cv-0719-KKM-CPT, 2021 WL 4261430, 2021 U.S. Dist. LEXIS 178062 (M.D. Fla. Sept. 20, 2021) (remanding a similar action to state court, thoroughly analyzing the issues, and collecting cases). No purpose would be served by repeating in this order the analysis set out in *Turner* and the many other decisions reaching the same result.

For these reasons,

IT IS ORDERED:

The motion to remand, ECF No. 4, is granted. This action is remanded to the Circuit Court, Eighth Judicial Circuit, Alachua County, Florida. The clerk must take all steps necessary to effect the remand.

SO ORDERED on December 22, 2021.

s/Robert L. Hinkle  
United States District Judge